Martha V. Casquete

| RETURN OF SERVICE | | CAB-02-119 |
|---|---|---|
| Service of the Summons and Complaint was made by ? | Date | 7-24-02 AT 2:22 PM |
| NAME OF SERVER (PRINT) ED H. FINK | Title | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. UT Brownsville, 80 Fort Brown St., Brownsville, TX

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

AUG 0 9 2002

Michael N. Milby
Clerk of Court

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  7-24-02                  _CH.J._
            Date                      Signature of Server

204 W. Ferguson #108, Pharr, TX 78577
Address of Server



DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006



SUBSCRIBED AND SWORN TO ME
ON THE 25 DAY OF July 20 02

NOTARY PUBLIC