UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-119 |
| Martha Y. Casquete | § | |

ORDER OF DISMISSAL

On the United States of America's motion to dismiss, this Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _August 30_, 2002, at Brownsville, Texas.

_____
United States District Judge